**FILED**
DEC 11 2009
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA, )
)
        Petitioner, )
) **Case:2:09-mc-51387**
    v. ) **Judge: Battani, Marianne O**
) **MJ: Komives, Paul J**
JOSEPH R. DELFGAUW, )
)
        Respondent. )

### ORDER TO SHOW CAUSE

Upon the petition, the exhibits attached hereto, the Declaration of Dorothy Miller, Revenue Officer of the Internal Revenue Service, and upon the motion of Terrence Berg, United States Attorney for the Eastern District of Michigan, it is hereby

ORDERED that respondent, Joseph R. Delfgauw, appear before the District Court of the United States for the Eastern District of Michigan, presided over by the undersigned in his/her courtroom in the United States Courthouse in Courtroom 272 231 W. Lafayette, Detroit, Michigan 48226 on the 2nd day of February, 2010, at 3:30 p.m., to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on May 22, 2009.

It is further

ORDERED that a copy of this Order, together with the petition and Exhibits thereto, be personally served on Joseph R. Delfgauw, by delivering a copy to respondent personally or by leaving copies thereof at respondent's dwelling or usual place of abode with some person of suitable age and discretion found therein on or before January 15, 2010. It is further

ORDERED within 10 days of service of copies of this Order, the petition and Exhibits thereto, respondent shall file and serve a written response to the petition.

Entered this 11th day of December, 2009.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT