UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-

JOSEPH R. DELFGAUW,

    Respondent.
_____/

MISC. NO. 09-mc-51387

HON. MARIANNE O. BATTANI

**ORDER DISMISSING PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS filed against Joseph R. Delfgauw;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons filed against Joseph R. Delfgauw by the petitioner is hereby dismissed without prejudice.

    s/Marianne O. Battani
    MARIANNE O. BATTANI
    United States District Judge

Dated: April 30, 2010